Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 62883.**—Joseph H. Brown & Son *v.* United States, protests 325898–K, etc. (El Paso).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1 C.A.D. 686), the claim of the plaintiff was sustained.

**No. 62884.**—Clarence S. Holmes *v.* United States, protests 233271–K and 237028–K (Seattle).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 62885.**—Leslie B. Canion *v.* United States, protest 58/702 (Galveston).

Opinion by Donlon, J.  The protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, MARCH 26, 1959

**No. 62886.**—M. Pressner & Co. *v.* United States, protest 58/8467 (New York).

Opinion by Oliver, C. J.  In accordance with oral stipulation of counsel that the merchandise represented by item 3–7720–9 consists of celluloid reindeer the same in all material respects as those the subject of Abstract 55793, the claim of the plaintiff was sustained.

**No. 62887.**—Frank P. Dow Co., Inc. *v.* United States, protest 58/16159 (San Francisco).